**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BETTY POST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-cv-00171-JAR |
| | ) | |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Friday October 9, 2020, at 10:00 a.m.**  The parties are directed to call the conference line toll free at **1-877-810-9415**.  **The access code to enter the telephone conference is: 7519116**.

Dated this 6th day of October, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE