**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BETTY POST, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:19-cv-00171-JAR |
| DOLGENCORP, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Wednesday December 9, 2020, at 10:00 a.m.** The parties are directed to call the conference line toll free at **1-877-810-9415**. **The access code to enter the telephone conference is: 7519116**.

Dated this 2nd day of December, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE