UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BETTY POST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-CV-00171-JAR |
| ) | |
| DOLGENCORP, LLC, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Friday, March 5, 2021 at 11:30 a.m., central standard time.** The parties are directed to call the conference line toll free at **1-877-810-9415**.  **The access code to enter the telephone conference is: 7519116**.

Dated this 2nd day of March, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE