UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BETTY POST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-CV-00171-JAR |
| | ) | |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Thursday, April 8, 2021 at 2:00 p.m., central standard time.** The parties are directed to call the conference line toll free at **1-877-810-9415**.  **The access code to enter the telephone conference is: 7519116**.

Dated this 7th day of April, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE